UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIAN LUCAS *et al*,<br><br>                    Plaintiffs,<br><br>             -v.-<br><br>EAE CORP. *et al*,<br><br>                    Defendants. | 19 Civ. 8920 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties in this case are hereby ORDERED to provide an update to the Court, either jointly or separately, on or before **July 17, 2020**, regarding the mediation and the status of this action.

SO ORDERED.

Dated:  July 6, 2020
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge