IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTONIO JULIAN LUCAS, MARTIN CANDELARIO TEPEPA, RICARDO RAMOS LUNA, and SEBASTIAN CALEL ZAPETA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>EAE CORP. d/b/a SIDEWALK BAR & RESTAURANT, 94-96 AVENUE A REALTY CORP., PINCHAS MILSTEIN, JONA SZAPIRO, AMNON LUCY KEHATI, and HELAH KEHATI, Jointly and Severally,<br><br>Defendants. | 19-cv-08920 (KPF) |

**AFFIDAVIT OF BRENT E. PELTON IN SUPPORT OF PLAINTIFFS'
MOTION FOR APPROVAL OF FLSA SETTLEMENT**

I, Brent E. Pelton, declare as follows:

1. I am an attorney admitted before this Court. I am a member of the firm of Pelton Graham LLC ("Pelton Graham") in New York, New York, Plaintiffs' Counsel herein.

2. I am one of the lawyers primarily responsible for the prosecution of Plaintiffs' claims against Defendants in the following action: *Julian Lucas, et al. v. EAE Corp., et al.,* Civil Action No. 19-cv-08920 (KPF) (hereinafter referred to as the "Action").

3. I make these statements based on personal knowledge and would so testify if called as a witness at trial.

**The Settlement Agreement**

4. After numerous settlement discussions with Defendants' counsel and Plaintiffs, including a mediation session with Chris D'Angelo, Esq. of the SDNY Mediation Program, and a review of certain documents exchanged between the Parties, the Parties have agreed to reach a settlement of Plaintiffs' claims for the total amount of $87,500.00.

5. The final agreement was memorialized in a formal Settlement Agreement and Wage and Hour Release (the "Settlement Agreement"), which is attached hereto as **Exhibit A**. The Parties have not made any other agreements or settlements to resolve the claims of any of the Plaintiffs or the Class in this Action, including agreements as to attorneys' fees or any other payments.

**Plaintiffs' Damages Computation**

6. In furtherance of the Parties' settlement negotiations, my office calculated Plaintiffs' estimated damages based on their best recollection as to the start and end dates for their respective employment periods, their total hours worked per week, and wages they received from Defendants.

7. Plaintiffs' approximate minimum wage damages were computed by taking the minimum wage differential between the applicable minimum wage rates during each Plaintiffs' employment periods during the relevant time period, and their alleged hourly rates and any increases or decreases to these rates, and multiplying these totals by Plaintiffs' average number of hours worked per week. Plaintiff Sebastian Calel Zapeta was the only Plaintiff paid below minimum wage during his employment with Defendants. Plaintiffs' approximate overtime wages owed were calculated by multiplying Plaintiffs' overtime premiums (0.5 times their respective hourly wages, taking into account any increases or reductions their hourly rates as specified in the Complaint) by the average number of hours each Plaintiff worked over forty (40) per week. Each

Plaintiffs' spread-of-hours damages were calculated by multiplying one hour of the applicable minimum wage for each shift that the Plaintiffs worked more than ten (10) hours per day based on each Plaintiffs' best recollection of the frequency in which they worked shifts in excess of ten (10) hours.

8. Based on the above calculations, Plaintiffs' damages computation resulted in a total of approximately $322,778.45, which includes $124,919.05 in "actual" unpaid wage damages, an equal amount ($124,919.05) as liquidated damages under the FLSA and NYLL, $5,000.00 per Plaintiff in statutory wage notice damages, $5,000.00 per Plaintiff in statutory wage statement damages, and statutory interest on each Plaintiffs' NYLL claims at 9% per annum for a total of $32,940.36. A copy of the damages computation spreadsheet, is attached hereto as **Exhibit B**.

**Plaintiffs' Counsel's Fees and Costs**

9. To date, our firm's efforts in litigating and settling this action have been without compensation.

10. The Plaintiffs agreed in their individually negotiated retainer agreements, that Pelton Graham would recover up to one-third (1/3) of the gross settlement, plus litigation costs. For purposes of the settlement, Plaintiffs agreed to Plaintiffs' counsel's fees of less than one-third (1/3) of the settlement fund and reimbursement for costs.

11. I graduated from Northwestern School of Law at Lewis and Clark College and have approximately sixteen (16) years of experience practicing within the Southern and Eastern districts of New York and the New York State court system, and significant experience litigating Fair Labor Standards Act and New York Labor Law unpaid wages lawsuits, including serving as lead counsel on two (2) multi-plaintiff federal wage and hour jury trials. I am a member of the National Employment Lawyers Association ("NELA") and NELA's New York Chapter. I was nominated as a Super Lawyer – Rising Star for the New York Metro area in the practice area of Employment

Litigation in 2013 and a Super Lawyer for the New York Metro area in 2014 through 2020. I am frequently contacted by the media and the press to discuss current employment law related issues, and I have been a panelist on several CLE seminars on the topic of employment litigation. I am also admitted to practice in the State of California. My hourly billable rate is $450.00.

12.  Taylor B. Graham is a partner with Pelton Graham and has been with the firm since May 2009. Mr. Graham received a J.D. from Fordham University School of Law in 2011, where he was an Irving R. Kaufman Scholarship recipient and earned the Archibald R. Murray Public Service Award. Mr. Graham was nominated as a Super Lawyer – Rising Star for the New York Metro Area in the area of Employment Litigation for 2016 through 2020 and is a member of NELA, NELA's New York Chapter, CELA, and the American Bar Association Labor and Employment Law Section. He has federal wage and hour multi-plaintiff trial and appellate experience. He is admitted to practice in the States of New York, New Jersey, and California, and the Southern, Eastern, Western, and Northern Districts of New York. Mr. Graham's hourly billable rate is $350.00.

13.  Belinda Herazo (billing herein as Belinda Dau) is a bi-lingual paralegal with Pelton Graham who has worked for the firm since June 2013. Ms. Herazo is a licensed attorney in Colombia who practiced for nearly ten (10) years prior to coming to the United States. Ms. Herazo's hourly rate is $175.00.

14.  Katherine Menjivar graduated from Brooklyn Law School as a part-time student in May 2019. Ms. Menjivar has been with the firm since September 2019. In total, Ms. Menjivar has over five (5) years' experience working as a paralegal, primarily in the Immigration field. Ms. Menjivar is fluent in Spanish and English. Ms. Menjivar's hourly rate was $175.00 during the pendency of this litigation.

15. Pelton Graham routinely litigates against a number of the largest and best capitalized employment defense firms in the nation and relies on a small number of resolutions to continue to represent primarily low-income individuals, such as Plaintiffs, in employment rights litigation.

16. Based on our firm's extensive experience in precisely this type of litigation and our thorough familiarity with the factual and legal issues in this case, we have reached the firm conclusion that the proposed settlement is clearly in the best interests of all Plaintiffs given the risks associated with continued litigation.. Further, the Parties have exchanged relevant documentation bearing on Defendants' financial circumstances, heightened as a result of the Covid-19 Pandemic, which Plaintiffs understand to be a significant factor in choosing to resolve the action for the amount that was agreed-upon between the Parties.

17. To date, we have spent approximately 95.53 hours in prosecuting and settling this matter and we anticipate expending more hours after the date of this affidavit in administering the settlement approval and payout process.

18. The hours reported are reasonable for a case of this complexity and magnitude and were compiled from contemporaneous time records maintained by each attorney and paralegal participating in this case. A copy of Pelton Graham's contemporaneous time records is attached as **Exhibit C** and a copy of Pelton Graham's record of litigation costs with corresponding invoices is attached as **Exhibit D**.

I declare under penalty of perjury, under 28 U.S.C.§1746, that the foregoing is true and correct.

Executed this 16th day of November, 2020.
New York, New York

                                          _/s/ Brent E. Pelton_____
                                          Brent E. Pelton

                                             **PELTON GRAHAM LLC**
                                             111 Broadway, Suite 1503
                                             New York, NY 10006
                                             Telephone: (212) 385-9700
                                             Facsimile: (212) 385-0800
                                             Email: pelton@peltongraham.com

                                             *Attorneys for Plaintiffs*